## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**MARIO M. THOMAS,**
**D.O.C. # M68634,**

        *Plaintiff,*

 v.                           **Case No.: 4:24cv162-MW/MAF**

**JAMES W. MILLER,**

        *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 53, and has also reviewed *de novo* Plaintiff's objections, ECF No. 54. Upon review, the record demonstrates that Plaintiff has not properly exhausted his administrative remedies with respect to the claims now before this Court. *See Woodford v. Ngo*, 548 U.S. 81, 93 (2006) (holding "that the PLRA exhaustion requirement requires proper exhaustion").

This Court agrees with the Magistrate Judge's determination that Plaintiff's grievance filed directly with the Secretary does not demonstrate that he exhausted his administrative remedies. This grievance did not give Plaintiff a final determination on the merits, and Plaintiff was advised that he could submit his grievance at the appropriate level if he was within the allowable time frames for doing so. Even though his complaint identified in the grievance was referred to the

Inspector General for further review, the return of his grievance without action and with further direction to re-file at the appropriate level indicates that this grievance was not "approved," such that it exhausted his administrative remedies. *See, e.g., Lucky v. May*, Case No. 5:14cv3315-MW/GRJ, 2016 WL 1128426, at *11 n.6 (N.D. Fla. Feb. 17, 2016) (discussing *Hope v. Walker*, Case No.: 5:13cv362-WS/CJK, 2015 WL 5190435)).

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 53, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendant's motions to dismiss, ECF Nos. 37, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's amended complaint is **DISMISSED** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e)." The Clerk shall close the file.

**SO ORDERED on September 7, 2025.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**